**Order entered March 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01170-CR

**CLIFFORD EARL BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63134-M**

## ORDER

On February 18, 2015, this Court ordered court reporter Belinda Baraka to file the reporter's record by March 13, 2015. To date, Ms. Baraka has neither filed the reporter's record nor communicated with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 p.m. on FRIDAY, APRIL 3, 2015**. If the reporter's record is not filed by the date and time specified, the Court will utilize the available remedies, including ordering that Belinda Baraka not sit as a court reporter until she has filed the complete record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
         JUSTICE